**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0593n.06
Filed: August 15, 2007

No. 07-5012

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| v. | ) | STATES DISTRICT COURT FOR THE |
| | ) | WESTERN DISTRICT OF TENNESSEE |
| ALLEN LORENZO GREEN, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

Before: KENNEDY and COOK, Circuit Judges; and ALDRICH, District Judge.[*]

PER CURIAM. This matter having come on for oral argument before the panel, and counsel having conceded that recent decisions, *Rita v. United States*, 127 S. Ct. 2456 (2007), and *United States v. Wilms*, __ F.3d __, No. 06-1896, 2007 WL 2077367 (6th Cir. July 23, 2007) (evaluating *Rita*), dispense with the grounds presented by the Appellant for reversal, the court hereby affirms the decision of the District Court.

---

[*]The Honorable Ann Aldrich, United States District Judge for the Northern District of Ohio, sitting by designation.